IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SOPREMA, INC., | ) | CIV NO 10-00188 ACK-BMK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BEACHSIDE ROOFING, LLC; | ) | |
| BODELL CONSTRUCTION COMPANY; | ) | |
| and A-1 MASTER ROOFING, INC., | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 20, 2013, and no objections having been filed by any party, IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That Defendant Bodell Construction Company's Petition for Determination of Good Faith Settlement Pursuant to Haw. Rev. Stat. § 663-15.5 And All Joinders Be Granted" (Doc. No. 273) are adopted as the opinion and order of this Court. The Parties' settlement agreement having been filed and approved, the Court hereby directs the Clerk of Court to enter judgment and close the action.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, March 7, 2013



_____
Alan C. Kay
Sr. United States District Judge